```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10939
   RICHARD ROBERT BOSCH
   SHARON BOSCH                             CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0480      SSN XXX-XX-7094


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/07 .

   2.  The case was converted to Chapter 7 without confirmation, 08/23/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
TCF NATIONAL BANK          CURRENT MORTG        .00          .00           .00
TCF NATIONAL BANK          MORTGAGE ARRE  NOT FILED          .00           .00
HINSDALE BANK & TRUST      SECURED VEHIC   15640.00          .00           .00
DUPAGE CREDIT UNION        SECURED VEHIC   10887.00          .00           .00
FORD MOTOR CREDIT CO       UNSECURED      NOT FILED          .00           .00
SHEET METAL WKRS NAT BEN   PRIORITY       NOT FILED          .00           .00
SHEET METAL WORKERS LOCA   PRIORITY       NOT FILED          .00           .00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED          .00           .00
ILL DEPT OF EMPLOYMENT S   PRIORITY       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00           .00
A TO Z PRINTING            UNSECURED      NOT FILED          .00           .00
AERO TESTING & BALANCE S   UNSECURED      NOT FILED          .00           .00
AIR PRODUCTS EQUIPMENT C   UNSECURED      NOT FILED          .00           .00
ALARM DETECTING SYSTEMS    UNSECURED      NOT FILED          .00           .00
BECKET & LEE LLP           UNSECURED      NOT FILED          .00           .00
APPLIED CREDIT BANK        UNSECURED      NOT FILED          .00           .00
ARROW SHEET METAL CO INC   UNSECURED      NOT FILED          .00           .00
AT&T                       UNSECURED      NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED          .00           .00
B&H INDUSTRIES             UNSECURED      NOT FILED          .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID

BMW FINANCIAL SERVICES     UNSECURED      NOT FILED          .00           .00
BRUCKER COMPANY            UNSECURED      NOT FILED          .00           .00
CARDMEMBER SERVICES        UNSECURED      NOT FILED          .00           .00
CARDMEMBER SERVICES        UNSECURED      NOT FILED          .00           .00
CITIBANK                   UNSECURED      NOT FILED          .00           .00
CITY OF WEST CHICAGO       UNSECURED      NOT FILED          .00           .00
COMED                      UNSECURED      NOT FILED          .00           .00
COURTESY CRANE SERVICE I   UNSECURED      NOT FILED          .00           .00
DIAMOND ROSS GENERAL PAR   UNSECURED      NOT FILED          .00           .00
DREISILKER ELECTRIC MOTO   UNSECURED      NOT FILED          .00           .00
DUPAGE CREDIT UNION        UNSECURED      NOT FILED          .00           .00
```

```
DUPAGE CREDIT UNION         UNSECURED        NOT FILED                 .00             .00
DUPAGE CREDIT UNION         UNSECURED        NOT FILED                 .00             .00
DUPAGE CREDIT UNION         UNSECURED        NOT FILED                 .00             .00
DUPAGE CREDIT UNION         UNSECURED        NOT FILED                 .00             .00
ELAN FINANCIAL SVCS         UNSECURED        NOT FILED                 .00             .00
ELAN FINANCIAL SVCS         UNSECURED        NOT FILED                 .00             .00
EXCELSIOR MFR & SUPPLY C    UNSECURED        NOT FILED                 .00             .00
CITIBANK                    UNSECURED        NOT FILED                 .00             .00
CITIBANK                    UNSECURED        NOT FILED                 .00             .00
FILTER SERVICES ILLINOIS    UNSECURED        NOT FILED                 .00             .00
FLEET FUELING               UNSECURED        NOT FILED                 .00             .00
FORD MOTOR CREDIT CO        UNSECURED        NOT FILED                 .00             .00
GEMB                        UNSECURED        NOT FILED                 .00             .00
HOME DEPOT CREDIT SERVIC    UNSECURED        NOT FILED                 .00             .00
JLS INDUSTRIES INC          UNSECURED        NOT FILED                 .00             .00
KNIGHT SECURITY ALARMS      UNSECURED        NOT FILED                 .00             .00
LM DEVELOPMENT LLC          UNSECURED        NOT FILED                 .00             .00
MB HEATING & COOLING INC    UNSECURED        NOT FILED                 .00             .00
MERCHANTS & MEDICAL CRED    UNSECURED        NOT FILED                 .00             .00
MID-WAY ZION BRANCH1        UNSECURED        NOT FILED                 .00             .00
NICOR GAS                   UNSECURED        NOT FILED                 .00             .00
OFFICE DEPOT                UNSECURED        NOT FILED                 .00             .00
PARK SUPPLY CO              UNSECURED        NOT FILED                 .00             .00
PRO FAB                     UNSECURED        NOT FILED                 .00             .00
REFLECTIVE IMAGES INC       UNSECURED        NOT FILED                 .00             .00
SALLIE MAE LSCF             UNSECURED        NOT FILED                 .00             .00
SHEET METAL WERKS           UNSECURED        NOT FILED                 .00             .00
SIEMENS                     UNSECURED        NOT FILED                 .00             .00
SOUTH SIDE CONTROL SUPPL    UNSECURED        NOT FILED                 .00             .00
STERLING STEEL & CRANE S    UNSECURED        NOT FILED                 .00             .00
STEVENSON CRAIN SERVICES    UNSECURED        NOT FILED                 .00             .00
TARGET                      UNSECURED        NOT FILED                 .00             .00
TARGET                      UNSECURED        NOT FILED                 .00             .00
------------------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT         INTEREST         PRINCIPAL
                                                                     PAID             PAID
------------------------------------------------------------------------------------------
TSP INC                     UNSECURED        NOT FILED                 .00             .00
UNITED REFRIGERATION        UNSECURED        NOT FILED                 .00             .00
VISA                        UNSECURED        NOT FILED                 .00             .00
NICOR GAS                   UNSECURED        NOT FILED                 .00             .00
THERMOSYSTEMS INC           UNSECURED        NOT FILED                 .00             .00
       Summary of disbursements:
------------------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED           OTHER            TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   26527.00          .00           .00             .00         26527.00
PRINCIPAL PAID            .00          .00           .00             .00              .00
INTEREST PAID             .00          .00           .00             .00              .00
TOTAL PAID                .00          .00           .00             .00              .00
The Debtor's attorney, DEVONA & ASSOC                   , was allowed $          .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/16/07                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```